**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
MICHELLE L. THIMESCH, Esq. (No. 140591)
JAMES A. KAESTNER, Esq. (No. 143179)
171 Front Street, Suite 102
Danville, CA 94526-3321
Direct: (925) 855-8235

Attorneys for Plaintiff
RICHARD STICKNEY


DAVID R. SIDRAN, ESQ., No. 121063
SUMAIR S. SANDHU, ESQ., No. 219169
LAW OFFICES OF DAVID R. SIDRAN
1966 Tice Valley Blvd., Ste. 500
Walnut Creek, CA 94595-2203
Tel: (925) 977-1990
Fax: (925) 977-9192

Attorneys for Defendants VICORP RESTAURANTS, INC. dba BAKER'S SQUARE RESTAURANT and THE PETER A. & VERNICE H. GASSER FOUNDATION

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STICKNEY,<br><br>  Plaintiff,<br><br>v.<br><br>BAKER'S SQUARE RESTAURANT; VICORP RESTAURANTS, INC.; PETER A. & VERNICE H. GASSER FOUNDATION; CHARLES FREDRICKSON; ROBERT BENSON; DENNIS KUPER; and DOES 1 through 50, Inclusive,<br><br>  Defendants. | CASE NO. CIV.S-03-1339 FCD DAD<br>Civil Rights<br><br>**STIPULATION and ORDER TO CONTINUE TRIAL AND PRETRIAL RELATED DATES** |

**TO THE COURT:** Plaintiff RICHARD STICKNEY and defendants BAKER'S SQUARE RESTAURANT; VICORP RESTAURANTS, INC.; and the PETER A. & VERNICE H. GASSER FOUNDATION hereby request that the court continue the trial and related pretrial dates by 90 days. This is the first request for a continuance. This is a case that can and should settle. Most of the more contentious issues have already been resolved. The

Thimesch Law Offices
171 FRONT STREET
SUITE 102
DANVILLE CA 94526
(925) 855-8235

**Stipulation and Order Extending Trial and Pretrial Deadlines:**
**Case No. CIV.S-03-1339 FCD DAD**

1  parties seek the extra time to permit consultation between the experts on site to work out a

2  Civil Engineering issue, and to permit the holding of a Settlement Conference before

3  Magistrate Judge Drozd. The parties have not yet had a settlement conference. The parties

4  believe these two opportunities should bring this matter to a close.

5      Wherefore, the parties seek the setting of the following new deadlines and dates:

6      1.    That the June 17, 2005 Pretrial Conference be continued to September 16, 2005;

7      2.    That the August 15, 2005 Trial be continued to November 14, 2005.

8      3.    That the matter be referred to Magistrate Drozd for a Settlement Conference.

10  Dated: June 7, 2005        Thimesch Law Offices
                                        TIMOTHY S. THIMESCH

13                                          Attorneys for Plaintiff
14                                          RICHARD STICKNEY

15  Dated: May ___, 2005        LAW OFFICES OF DAVID R. SIDRAN
                                        DAVID R. SIDRAN, ESQ.
16                                          SUMAIR S. SANDHU, ESQ.

19  Attorneys for Defendants VICORP RESTAURANTS, INC. dba BAKER'S SQUARE RESTAURANT and THE PETER A. & VERNICE H. GASSER FOUNDATION

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

Thimesch Law Offices
171 FRONT STREET
SUITE 102
DANVILLE CA 94526

**Stipulation and Order Extending Trial and Pretrial Deadlines:**
**Case No. CIV.S-03-1339 FCD DAD**
— 2 —

# ORDER

Pursuant to the parties stipulation the final pretrial conference is RESET to September 16, 2005 at 1:30 p.m. with the joint pretrial statement to be filed on or before September 9, 2005. The Trial is RESET to November 15, 2005 at 9:00 a.m. The matter is referred to Magistrate Dale A. Drozd for an early Settlement Conference and the matter is set for Monday, July 28, 2005 at 10:00 a.m. The parties are to submit confidential settlement statements directly to the chambers of Judge Drozd no later than 7 days prior to the conference. These statements are not to be filed.

**IT IS SO ORDERED.**

Dated: June 7, 2005          /s/ Frank C. Damrell Jr.
                             HON. FRANK C. DAMRELL, JR.
                             Judge of U.S. District Court