**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
171 Front Street, Suite 102
Danville, CA 94526-3321
Tel: (925) 855-8235
Fax: (925) 855-8435
Thimesch@sbcglobal.net

Attorneys for Plaintiff
RICHARD STICKNEY

DAVID R. SIDRAN, ESQ. No. 121063
LAW OFFICES OF DAVID R. SIDRAN
1966 Tice Valley Blvd., Ste. 500
Walnut Creek, CA 94595-2203
Tel: (925) 977-1990
Fax: (925) 977-9192

Attorneys for Defendants
VICORP RESTAURANTS, INC. dba BAKER'S SQUARE RESTAURANT and
THE PETER A. & VERNICE H. GASSER FOUNDATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STICKNEY,<br><br>    Plaintiff,<br><br>v.<br><br>BAKER'S SQUARE RESTAURANT;<br>VICORP RESTAURANTS, INC.;<br>PETER A. & VERNICE H. GASSER FOUNDATION; [CHARLES FREDRICKSON; ROBERT BENSON; DENNIS KUPER]; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | CASE NO. CIV.S-03-1339 FCD DAD<br>Civil Rights<br><br>**Plaintiff's Request for Dismissal with Prejudice** |

Thanks to the efforts of the Honorable Kimberley J. Mueller at Settlement Conference, this matter has settled in all aspects. The settlement has been memorialized by the parties through written agreement.

Pursuant to the terms of the settlement, plaintiff hereby

PDF created with pdfFactory trial version www.pdffactory.com

1 requests the dismissal of the entire action with prejudice,
2 but with the requested limitation that the Court retain
3 jurisdiction to interpret and enforce the terms of the written
4 settlement agreement.

6 Dated: February 23, 2006        Thimesch Law Offices
                                  TIMOTHY S. THIMESCH

                                  _____
                                  Attorneys for Plaintiff
                                  RICHARD STICKNEY

**CONSENT AS TO FORM AND CONTENT:**

Dated: Feb._23, 2006             LAW OFFICES OF DAVID R. SIDRAN
                                 DAVID R. SIDRAN, ESQ.


                                 /s/ David R. Sidran
                                 Attorneys for Defendants VICORP
                                 RESTAURANTS, INC. dba BAKER'S SQUARE
                                 RESTAURANT and THE PETER A. & VERNICE
                                 H. GASSER FOUNDATION


                                **ORDER**

    IT IS SO ORDERED.


Dated: February 23, 2006         /s/ Frank C. Damrell Jr.
                                 HON. FRANK C. DAMRELL, JR.
                                 Judge of U.S. District Court

Thimesch Law Offices
171 FRONT STREET
SUITE 102
DANVILLE, CA 94526
(925) 855-8235

— 2 —

PDF created with pdfFactory trial version www.pdffactory.com